**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CR 07 110S

**UNITED STATES OF AMERICA** )
) **CR. No.**
**v.** )
) **In violation of 18 U.S.C. § 922(g)(1)**
**FELIX RODRIGUEZ** )

FILED
AUG 15 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**INDICTMENT**

The Grand Jury charges that:

On or about April 20, 2007, in the District of Rhode Island, the defendant FELIX RODRIGUEZ, having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Taurus .44 caliber handgun, serial number RE 648887

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

**REDACTED**

ROBERT CLARK CORRENTE
United States Attorney

Zachariah Chafee

ZECHARIAH CHAFEE
Assistant U.S. Attorney

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney
Chief, Criminal Division

DATED: August 15, 2007