CR 07 110 S

AO 257
(USAO REV. 6/99)

PER 18 U.S.C. 3170

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT

**Name of District Court, and/or Judge/Magistrate Location (City)**

U.S. DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND, PROVIDENCE, RHODE ISLAND

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE

☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): ZECHARIAH CHAFEE

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

Bureau of Alcohol, Tobacco & Firearms

☑ person is awaiting trial in another Federal or State Court, give name of court

Providence County Superior Court

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40 . Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. Att'y ☐ Defense

☐ this is prosecution relates to a pending case involving this same defendant

SHOW DOCKET NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: Pawtucket, RI

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**DEFENDANT – U.S. vs.**

FELIX RODRIGUEZ

Address

Birth Date

Social Secur

REDACTED

IS NOT I

1) ☐ H
If
su

2) ☐ Is
3) ☑ Is
Pr

IS IN CU...

4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☑ No } If "Yes" give date filed

DATE OF ARREST ▶

Or... if Arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY ▷

☐ This report amends AO 257 previously submitted

## OFFENSE CHARGED – U.S.C. CITATION – STATUTORY MAXIMUM PENALTIES – ADDITIONAL INFORMATION OR COMMENTS

Felon in possession of a Firearm

18 U.S.C. Section 922(g)(1)

10 Years Imprisonment;
$ 250,000 Fine;
3 Years Supervised Release;
$100 Special Assessment.

Anticipated Trial Days: 2-3 days