AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

Felix Rodriquez

APPEARANCE

CASE NUMBER: CR 07-110S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Felix Rodriquez

I certify that I am admitted to practice in this court.

11-19-07

*Date*

[signature]

*Signature*

JOHN M CICILLINE

*Print Name* *Bar Number*

387 Atwells Ave

*Address*

Prov R.I. 02909

*City* *State* *Zip Code*

273-5600

*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.