**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **VS.** | : | **CASE NO.: CR 07-110-01S** |
| | : | |
| **FELIX ANTONIO RODRIGUEZ** | : | **November 26, 2007** |

## MOTION TO REDUCE BAIL

Now comes the defendant Felix Antonio Rodriguez, in the above-entitled cause and moves this Honorable Court to reduce the present bail and for reason says:

1. That his family was able to raise $5,000.00 dollars to post for bail.

WHEREFORE the defendant moves this Honorable Court to reduce his bail.

Respectfully submitted,
Felix Antonio Rodriguez,
By his Attorney,

/s/ *JOHN M. CICILLINE*

John M. Cicilline, Esq. #3350
381 Atwells Avenue
Providence, RI 02909
Office 401 273-5600
Fax 401 454-5600
jmcicilline387@aol.com

## CERTIFICATION

I hereby certify that on November 26, 2007 a true copy of the above document was served upon all attorneys of record by ECF filing.

/s/ *JOHN M. CICILLINE*