United States Treasury Symbol 4670

Tue Dec 4 09:36:49 2007

UNITED STATES DISTRICT COURT

PROVIDENCE , RI

Receipt No. 100 67419
Cashier jduhamel

Tender Type CASH

Transaction Type C

Case No./Def No. 1:07-CR-110-01/ 1

| DO Code | Div No | Acct |
|---|---|---|
| 4670 | 1 | 604700 |

Amount $ 3000.00

$3,000.00 CASH BAIL --- FELIX RODRIGUEZ --

REC'D BY JOHN M. CICILLINE, 387 ATWELLS AV, PROV, RI 02909