**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **VS.** | : | **CASE NO.: CR 07-110-01S** |
| | : | |
| **FELIX ANTONIO RODRIGUEZ** | : | **May 27, 2008** |

## MOTION TO RETURN BAIL

Now comes the defendant Felix Antonio Rodriguez, in the above-entitled cause and here by moves for the return 3,000.00 of bail his bail which was posted by John M. Cicilline and for reasons says, that he has been sentenced and the matter is concluded.

Respectfully submitted,
Felix Antonio Rodriguez,
By his Attorney,

/s/ *JOHN M. CICILLINE*

John M. Cicilline, Esq. #3350
381 Atwells Avenue
Providence, RI 02909
Office 401 273-5600
Fax 401 454-5600
jmcicilline387@aol.com

## CERTIFICATION

I hereby certify that on May 27, 2008 a true copy of the above document was served upon all attorneys of record by ECF filing.

/s/ *JOHN M. CICILLINE*